**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 15-6453**

---

DARYL DESHAUN HUMPHREY,

              Petitioner - Appellant,

     v.

A. CRUZ, Warden, FCI Williamsburg,

              Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Bruce H. Hendricks, District Judge. (8:14-cv-00718-BHH)

---

Submitted:  June 25, 2015             Decided:  June 30, 2015

---

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Daryl Deshaun Humphrey, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Deshaun Humphrey, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Humphrey v. Cruz, No. 8:14-cv-00718-BHH (D.S.C. Mar. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED